LAW OFFICE

# Kevin G. Roe

ATTORNEY AT LAW
425 SUMMIT AVENUE
HACKENSACK, NJ 07601

KEVIN G. ROE

KEVIN W. ROE

----------

MEMBERS
NJ & NY BARS

(201) 489-6777
FAX (201) 489-5914

November 17, 2015

**VIA ELECTRONIC ECF FILING**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re: United States v. Qui Sam Ho, S3 13 Cr. 179 (ER)

Dear Judge Ramos:

  Sentencing in the above matter is presently scheduled for November 20, 2015. With the consent of A.U.S.A. Paul Monteleoni it is respectfully requested that this matter be adjourned and relisted for a February date.

  One previous request for adjournment of the defendant's sentencing date has been made. Counsel has experienced a death in the family and must attend a funeral in Baltimore, Maryland on November 20, 2015. Moreover, the defendant seeks the additional time to make arrangement for the care and support of his family during his anticipated period of incarceration.

  Thank you in advance for your courtesies.

Very truly yours,

KEVIN G. ROE /kwr

KGR/kwr

CC: A.U.S.A Paul Monteleoni (paul.monteleoni@usdoj.gov)